UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-50-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **[DOCKET ENTRY NUMBER 41]** |
| MIKWAN DOMELL GARFIELD, ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 41 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED**. This, the 15 day of June, 2021.

JAMES C. DEVER III
United States District Judge